## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Debra Ann Mitchell-Morris | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-09-0716 |
| | § | |
| Ft. Bend Family Health Center, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Service of this action, filed on March 6, 2009, has not been made.  Federal Rule of Civil

Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the complaint is
> filed, the court  – on motion or on its own after notice to the plaintiff
> – must dismiss the action without prejudice against that defendant or
> order that service be made within a specified time.  But if the plaintiff
> shows good cause for the failure, the court must extend the time for
> service for an appropriate period.

In accordance with this rule, it is ORDERED that the plaintiff, Debra Ann Mitchell-Morris,

file proof that she has effected service no later than **July 24, 2009.**  Failure to do so may lead to

dismissal of this action without prejudice.  The initial pretrial conference set for June 26, 2009, is

cancelled.  It will be reset, if appropriate, after the plaintiff has served the defendant with process

in this case.

SIGNED on June 15, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge